UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY WYRE . | * | CIVIL ACTION NO. 02-CV-78 |
| VERSUS | * | MDL NO. 02-20145 |
| AMERICAN HOME PRODUCTS CORPORATION, ET AL. | * | HONORABLE HARVEY BARTLE, III |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SUBSTITUTE COUNSEL

NOWNOW INTO COURT, through undersigned counsel, comes defendant, SmitNOW INTO COURT, thro CorporationCorporation (hereinafter sometimes referred to as  SmithKline  ), upon representing Corporation (herein SmithKlineSmithKline desires to substitute Charles M. Steen with the law firm of Steen, McShane & Williamson,Williamson, L.L.C., in place of Stephanie G. McSWilliamson, L.L.C., in place of Stephanie G Beecham Corporation.

WHEREFORE,WHEREFORE, SmithKline Beecham Corporation respectfully prays WHEREFORE, Sr anan Order substituting Charles M. Steen with the law firman Order substituting Charles M. Steen with the law firr in place of Stephanie G. McShane as counsel of record for SmithKline Beecham Corporation.

Respectfully submitted,

STEEN, McSHANE & WILLIAMSON, L.L.C.

_____
CHARLES M. STEEN, T.A. (#12420)
MARIE RUDD POSEY (#22534)
1250 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-1250
Telephone: (504) 599-8440

COUNSEL FOR SMITHKLINE
BEECHAM CORPORATION

**CERTIFICATE OF SERVICE**

II do hereby certify that I haveI do hereby certify that I have on this _____ day of _____, 200\_\_ ofof the foregoingof the foregoing pleading, by mailing the same by United States Mail, properly addressed, and f classclass postage prepaid, or by hand delivery on counsel for all parties orclass postage prepaid, or by hand deliver all parties.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY WYRE . | * | CIVIL ACTION NO. 02-CV-78 |
| VERSUS | * | MDL NO. 02-20145 |
| AMERICAN HOME PRODUCTS CORPORATION, ET AL. | * | HONORABLE HARVEY BARTLE, III |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING Motion to Substitute Counsel;

ITIT IS HEREBY ORDERED that Charles M. Steen with the law firmIT IS HEREBY ORDERED that C Williamson,Williamson, L.L.C., be, and is hereby, enrolled as counselWilliamson, L.L.C., be, and is hereby Corporation,Corporation, and Stephanie G. McShane is deleted as counCorporation, and Stephanie G. McShan Corporation,

Philadelphia, Pennsylvania this ____ day of _____, 2002.

_____

JUDGE